112

THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* J. C. MIXON, Petitioner-Appellant.

(No. 58623;

First District (5th Division)—January 11, 1974.

PER CURIAM.
DRUCKER, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Gordon H. Berry, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Linda West Conley, and Nicholas P. Iavarone, Assistant State's Attorneys, of counsel), for the People.